✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

**OBRY REED**

**EXHIBIT AND WITNESS LIST**

Case Number: 2:09cr20096-1-SHL

| PRESIDING JUDGE<br>Charmiane G. Claxton | PLAINTIFF'S ATTORNEY<br>Daniel French | DEFENDANT'S ATTORNEY<br>Ned Germany |
|---|---|---|
| TRIAL DATE (S)<br>December 3, 2014 | COURT REPORTER<br>FTR | COURTROOM DEPUTY<br>Sandra McClain |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | * DESCRIPTION OF EXHIBIT AND WITNESSES * |
|---|---|---|---|---|---|---|
| √ |  | 12/0314 | √ |  |  | Dawn Gardner, USPO |
| 1 |  | 12/03/14 | √ | √ | √ | 2 Photos (Collective) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages