

Thomas M. Gould
*Clerk of Court*

## United States District Court
## Western District of Tennessee

| | |
|---|---|
| **Federal Building** | **Federal Building** |
| 167 North Main Street, Suite 242 | 111 South Highland, Room 262 |
| Memphis, Tennessee 38103 | Jackson, Tennessee 38301 |
| | |
| *901-495-1200 (Telephone)* | *731-421-9200 (Telephone)* |
| *901-495-1250 (Facsimile)* | *731-421-9210 (Facsimile)* |
| *Tom_Gould@tnwd.uscourts.gov* | |

Date

NOTICE:   Retrieval of Exhibits in Case Number :   2:09 CR 20096

Dear Counsel:

Our records indicate a final determination of the above styled case has been entered.

Local Rule 79.1(c) of the United District Court for the Western District of Tennessee specifies:

> After the final determination of any action, counsel shall have 30 days within
> Which to withdraw exhibits in the clerk's custody. In the event the exhibits are not
> So withdrawn, the clerk shall destroy or otherwise dispose of said exhibits.

If you are interested in retrieving the exhibits entered by you in this case, you must contact the Memphis Clerk's office at 901-495-1200 within 15 days from the date of this letter to make arrangements for said retrieval. We require a two (2) days notice in order to have the exhibits ready for pick-up. You must physically retrieve and sign for the exhibits. Absent communication from you, the exhibits will be destroyed.

Thank You.

Best Regards,

Thomas M. Gould
CLERK OF COURT

By: ___s/Judy Easley___
Deputy Clerk

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

**OBRY REED**

**EXHIBIT AND WITNESS LIST**

Case Number: 2:09cr20096-1-SHL

| PRESIDING JUDGE<br>Charmiane G. Claxton | PLAINTIFF'S ATTORNEY<br>Daniel French | DEFENDANT'S ATTORNEY<br>Ned Germany |
|---|---|---|
| TRIAL DATE(S)<br>December 3, 2014 | COURT REPORTER<br>FTR | COURTROOM DEPUTY<br>Sandra McClain |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | * DESCRIPTION OF EXHIBIT AND WITNESSES* |
|---|---|---|---|---|---|---|
| √ |  | 12/03/14 | √ |  |  | Dawn Gardner, USPO |
| 1 |  | 12/03/14 | √ | √ | √ | 2 Photos (Collective) |

clude a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages